371 A.2d 1308

Lampone, Appellant, v. Kepple Coach Lines et al.

Argued November 16, 1976.  John D. Finnegan, with him Martin & Finnegan, for appellant;  Joseph M. Loughren and Warren D. Ferry, with them Alan K. Berk and Chester S. Fossee, for appellees.

Order and judgment affirmed.

WATKINS, P. J., absent.

371 A.2d 1308

LaSalle, Appellant, v. Westmoreland Hospital et al.

Argued November 15, 1976.  Herman J. Bigi, with him Robert A. Diemer, for appellant;  Frank R. Fleming, III, with him John R. McGinley, Jr., for appellees.

Order affirmed.

WATKINS, P. J., absent.